# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GERALD LUCAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Case No. 1:16-cv-00489-AT- JFK |
| ) | |
| GENERAL MOTORS LLC and ) | |
| GENERAL MOTORS LIFE AND ) | |
| DISABILITY PROGRAM FOR ) | |
| SALARIED EMPLOYEES ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT'S APPENDIX IN SUPPORT
## OF ITS MOTION FOR SUMMARY JUDGMENT

## **TABLE OF CONTENTS**

| **Description** | **Exhibit** |
|---|---|
| Deposition of Gerald Lucas | 1 |

Dated: January 12, 2017

Respectfully submitted,

GENERAL MOTORS LLC

By:  *s/ John F. Meyers*
John F. Meyers
Georgia Bar No. 503692
BARNES & THORNBURG LLP
3475 Piedmont Road N.E.
Suite 1700
Atlanta, Georgia  30305
Telephone: (404) 264-4017
Facsimile: (404) 264-4033
Email:  jmeyers@btlaw.com

David B. Ritter (admitted *pro hac vice*)
Douglas M. Oldham (admitted *pro hac vice*)
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, Illinois  60606-2833
Telephone: 312.357.1313
Facsimile: 312.759.5646
E-mail:    dritter@btlaw.com
            doldham@btlaw.com

## **CERTIFICATE OF COMPLIANCE**

As required by Local Rule 7.1D, N.D. Ga., I hereby certify that this pleading has been prepared in Times New Roman 14-point font, one of the font and point selections approved by the Court in Local Rule 5.1C, N.D. Ga.

*/s/ John F. Meyers*
John F. Meyers
Georgia Bar No. 503692

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day filed the foregoing with the Court's CM/ECF electronic filing system, which will automatically generate electronic notice to all counsel of record.

Dated: 12th day of January, 2017.

>  */s/ John F. Meyers*
>  John F. Meyers
>  Georgia Bar No. 503692

DMS 4592372v1